JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GAUNTLET HOLDINGS, LLC et al.,<br><br>Defendants. | Case No. 8:25-cv-00492-DOC-DFM<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge dated April 21, 2026. The Report and Recommendation advises that Plaintiff Securities and Exchange Commission ("SEC") requested a terminating sanction against Defendants Gauntlet Holdings, LLC and Darrell W. Rideaux for failure to obey the Court's October 28, 2025 discovery order.

Defendants did not file any objections to the Report and Recommendation. The Court has engaged in a review of the matter and concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge. The Magistrate Judge correctly found that Defendants' conduct reflects willfulness, bad faith, and fault, and that four of the five <u>Malone</u> factors support a terminating sanction.

IT IS THEREFORE ORDERED that:

1.      The Report and Recommendation of the United States Magistrate Judge is approved and accepted.

2.      The SEC's request for a terminating sanction is **GRANTED**.

3.      Default judgment shall be entered against Defendants Gauntlet Holdings, LLC and Darrell W. Rideaux pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(vi).

4.      All pending motions are **DENIED AS MOOT** and all hearing dates, including trial, are **VACATED.**

Date: May 6, 2026

DAVID O. CARTER
United States District Judge

2